DAIICHI SANKYO CO., LTD. (formerly known as Daiichi Pharmaceutical Co., Ltd.) and Daiichi Sankyo, Inc. (formerly known as Daiichi Pharmaceutical Corporation), Plaintiffs–Appellees,

v.

APOTEX, INC. and Apotex Corp., Defendants–Appellants.

No. 2009–1409.

United States Court of Appeals, Federal Circuit.

March 8, 2010.

Henry B. Gutman, Noah M. Leibowitz, Philip Charles Sternhell, Simpson Thacher & Bartlett, LLP, New York, NY, James P. Flynn, Epstein Becker & Green, P.C., Newark, NJ, for Plaintiffs–Appellees.

Robert B. Breisblatt, Eric C. Cohen, Sharyn M. Castle, Katten Muchin Rosenman LLP, Chicago, IL, Steven Gerber, Adorno & Yoss, LLP, Wayne, NJ, for Defendants–Appellants.

## ORDER

The parties having so agreed, it is OR-DERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).